UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADAM REYNOLDS,<br><br>　　　　Plaintiff,<br>vs.<br><br>SIMON TIRE COMPANY,<br><br>　　　　Defendant. | No. 4: 13-cv-00302-RP-TJS<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

COME NOW the above-captioned parties, by and through their undersigned counsel, and hereby file with the Court this Joint Stipulation of Dismissal with Prejudice, any hereby request as follows:

1. The settlement agreement entered into by the parties requires Defendant to make certain architectural modifications to the subject property on or before June 15, 2014.

2. With one exception, all the agreed to modifications have been made to Plaintiff's satisfaction.

3. The parties request that this Court retain jurisdiction through July 15, 2014 for the sole purpose of enforcing the settlement agreement entered into by the parties with respect to one outstanding modification.

4. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for entry of an Order dismissing this matter with prejudice and retaining jurisdiction through July 15, 2014 for the sole suppose of enforcing the settlement agreement.

Respectfully Submitted,

*/s/ Sara R. Laughlin*
Ronald L. Mountsier    AT0005613
Sara R. Laughlin    AT0009400
DICKINSON, MACKAMAN, TYLER & HAGEN, PC
699 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 246-4549
Fax: (515) 246-4550
rmountsier@dickinsonlaw.com
slaughlin@dickinsonlaw.com
ATTORNEYS FOR DEFENDANT


*/s/ Edward I. Zwilling*
Edward I. Zwilling
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216

John Haraldson
Sellers Haraldson & Binford
400 Locust, Suite 170
Des Moines, IA 5030
ATTORNEYS FOR PLAINTIFF


Original Filed.

## CERTIFICATE OF SERVICE AND NOTIFICATION OF ELECTRONIC FILING

The undersigned hereby certifies that on the 28th day of February, 2014, a true and correct copy of the attached was electronically filed with the Clerk of the U.S. District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Ronald L. Mountsier
Sara R. Laughlin
699 Walnut Street, Suite 1600
Des Moines, IA 50309

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-EM/ECF participants:

None

/s/ [signature]